# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Staff Sergeant Shane R. Owens, | 2:15-cv-00655-JAD-CWH |
| Petitioner | **Order Granting Request to Withdraw Petition and Closing this Case** |
| v. | |
| Secretary Deborah Lee James et al., | **[ECF 2, 3]** |
| Respondents | |

Petitioner Staff Sergeant Shane R. Owens filed this Petition for Writ of Habeas Corpus in April 2015, and moved for expedited treatment,[1] but he soon filed a "Withdrawal of Petitioner's Pending Writ of Habeas Corpus" explaining that he "has been released from confinement and discharged from the United States Air Force making his pending Petition moot."[2]

Good cause appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's request to withdraw this petition **[ECF 3] is GRANTED, and this action is deemed voluntarily dismissed without prejudice.**

IT IS FURTHER ORDERED that Owens's request for expedited treatment **[ECF 2] is DENIED** as moot.  **The Clerk of Court is instructed to close this case.**

Dated this 19th day of January, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 1, 2.

[2] ECF 3.